## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

FREDERICK JOHNSON                                                                                           PLAINTIFF
ADC #124034

V.                                            NO: 1:08CV00020 JMM

JOHN MAPLES *et al.*                                                                                     DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   23   day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE